# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10448-JCM |
| | : | |
| Janice K. Graham, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NONE**

K.D.

# GRAHAM, JANICE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 23-10448-JCM |
| | : | |
| Janice K. Graham, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| Janice K. Graham, | : | |
| Movant | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Janice K. Graham, hereby state as follows:

1.) I am self-employed where I bring home an average of $877.00 per month.
2.) I receive Social Security Benefits in the amount of $2,163.00 per month.
3.) I also receive a pension in the amount of $530.39 per month.
4.) I was required to file 2021 - 2022 tax returns; therefore I have submitted the same to the Trustee.
5.) I have submitted to the Trustee proof of income from all sources I have in my possession.

    I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: October 3, 2023                /s/ Janice K. Graham
                                          Debtor