Certificate Number: 20611-PAW-DE-037856747

Bankruptcy Case Number: 23-10448



20611-PAW-DE-037856747

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2023, at 3:59 o'clock AM EDT, Janice K Graham completed a course on personal financial management given by internet by Ronda J. Winnecour, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   October 17, 2023                    By:   /s/Consuelo V Gerhardt

                                            Name:   Consuelo V Gerhardt

                                            Title:   Financial Educator