**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/08/2026

IN RE:

JANICE K. GRAHAM
PO BOX 381
SENECA,  PA  16346
XXX-XX-9475            Debtor(s)

Case No.23-10448

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/8/2026

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**KML LAW GROUP PC***
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

Trustee Claim Number: 1   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: PNC BANK/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**ATLAS ACQUISITIONS LLC**
492C CEDAR LN STE 442
TEANECK, NJ  07666

Trustee Claim Number: 2   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: /PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**PNC BANK NA**
3232 NEWMARK DR
MIAMISBURG, OH  45342

Trustee Claim Number: 3   INT %: 6.00%
Court Claim Number: 3
CLAIM: 2,500.00
COMMENT: 2500@6%/PL@SEC'D~1ST MTG~CL=UNS*MTG N=7.74% *CL BAL@CID 23*X5754/SC

CRED DESC: UNSECURED  (S)
ACCOUNT NO.: 2122

---

**PNC BANK NA**
3232 NEWMARK DR
MIAMISBURG, OH  45342

Trustee Claim Number: 4   INT %: 0.00%
Court Claim Number: 4
CLAIM: 0.00
COMMENT: 102.17/PL*198.71X(60+2)=LMT*BGN 9/23

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 7945

---

**VENANGO COUNTY TAX CLAIM BUREAU***
1174 ELK STREET
PO BOX 831
FRANKLIN, PA  16323

Trustee Claim Number: 5   INT %: 9.00%
Court Claim Number:
CLAIM: 10,245.05
COMMENT: $@9%/PL*12,14-17/SCH

CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 9000

---

**VENANGO COUNTY TAX CLAIM BUREAU***
1174 ELK STREET
PO BOX 831
FRANKLIN, PA  16323

Trustee Claim Number: 6   INT %: 9.00%
Court Claim Number:
CLAIM: 5,862.83
COMMENT: $@9%/PL*12,15-17/SCH

CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 6000

---

**INTERNAL REVENUE SERVICE***
CENTRALIZED INSOLVENCY-TRUSTEE REMITS
PO BOX 7317
PHILADELPHIA, PA  19101-7317

Trustee Claim Number: 7   INT %: 0.00%
Court Claim Number: 2
CLAIM: 32,353.72
COMMENT: CL2GOV*...1622*16283.25/PL*CL CONTAINS EST $

CRED DESC: PRIORITY CREDITOR
ACCOUNT NO.: 9475

---

**PA DEPARTMENT OF REVENUE***
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA  17128-0946

Trustee Claim Number: 8   INT %: 0.00%
Court Claim Number: 1
CLAIM: 1,069.30
COMMENT: ...2644*$CL-PL*11-22/SCH*20-21/CL

CRED DESC: PRIORITY CREDITOR
ACCOUNT NO.: 9475

---

**AMERICAN INFOSOURCE LP**
POB 248848
OKLAHOMA CITY, OK  73124-8848

Trustee Claim Number: 9   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: 245 HOLDINGS LLC~CHASE/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 0987

---

**AMERICAN INFOSOURCE LP AGENT - MIDLAND**
PO BOX 268941
OKLAHOMA CITY, OK  73126-8941

Trustee Claim Number: 10   INT %: 0.00%
Court Claim Number:
CLAIM: 0.00
COMMENT: CAP 1/SCH

CRED DESC: UNSECURED CREDITOR
ACCOUNT NO.: 7317

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: GEMB/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4503 |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ 07666 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BON TON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1603 |
| **CITIBANK\*\***<br>POB 6241<br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JDGMNT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2725 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0523 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4042 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0303 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AMERICAN EAGLE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9753 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MAURICES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2472 |
| **MIKE THOMAS++**<br>302 SENECA ST<br>OIL CITY, PA 16301 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 2,858.92<br>COMMENT: NO GEN UNS/SCH\*11,15-21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9475 |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:2 | ACCOUNT NO.: 9475 |
| PO BOX 7317 | | |
| | CLAIM: 28,244.12 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: ...1622*NO GEN UNS/SCH*CL GOV*CL CONTAINS EST | |
| | | |
| **PNC BANK NA** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 3232 NEWMARK DR | Court Claim Number:4 | ACCOUNT NO.: 7945 |
| | CLAIM: 7,749.39 | |
| MIAMISBURG, OH 45342 | COMMENT: $0 ARRS/PL*THRU 8/23 | |
| | | |
| **PNC BANK NA** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3232 NEWMARK DR | Court Claim Number:3 | ACCOUNT NO.: 2122 |
| | CLAIM: 4,954.78 | |
| MIAMISBURG, OH 45342 | COMMENT: W/CID 3*UNS CL BAL*X5754/SCH*DK | |